# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MI COCINA, LTD.,

    Plaintiff,

v.                                                        No. CV 22-22 DHU/CG

MI COCINA, LLC,

    Defendant.

## ORDER SETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel. **IT IS HEREBY ORDERED** that a pre-settlement status conference will be held by telephone on **Thursday, June 2, 2022, at 10:30 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE