IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MI COCINA, LTD.,

    Plaintiff,

v.                                          No. CV 22-22 DHU/CG

MI COCINA, LLC,

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE AND TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS THEREFORE ORDERED** that the Settlement Conference set for June 9, 2022, at 9:00 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall submit closing documents by **July 6, 2022**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE